UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK KIM,                                           :
                                                     :
                              Plaintiff,             :          26-CV-397 (AT) (RWL)
                                                     :
             - against -                             :
                                                     :          **ORDER**
BTG PACTUAL ASSET MANAGEMENT US,     :
LLC, ET AL.,                                         :
                                                     :
                              Defendant.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference held via Microsoft Teams on March 12, 2026, discovery, if any, is stayed pending a ruling on whether the Court has subject matter over the dispute. (*See* Dkt. 5.) If the Court finds that it has subject matter jurisdiction, it will hold another conference to discuss whether any discovery is warranted.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 12, 2026
        New York, New York

Copies transmitted this date to all counsel of record and Plaintiff via ECF